IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MOHAMMAD DARABI                                              PLAINTIFF

v.                      No. 3:19-cv-72-DPM

CHARLENE HENRY; ASHLEY COOPER;
MEGAN HENRY; ASHLEY STUART;
RICHARD PUCKETT; BILL STANLEY;
STAN LITTLE; BILL WHITTSITT, JR.;
DOES, Arresting Officers; TAMMY J.
PATE; BOBBY JOHNSON; CELESTE WILSON;
JESSICA MASSEY; ELKS LODGE; CLASS OF
1998 JONESBORO HIGH SCHOOL; PAM
HONEYCUTT, CHAMBERLIN, BRANDON
KING, Sergeant, Jonesboro Police Department;
JOHN EDISON, JR.; ROYCE SMITH; ERIK
JOHNSON; CRAIGHEAD COUNTY
CIRCUIT COURT CLERK; and SCOTT
DAVIDSON, Public Defender                                    DEFENDANTS

## JUDGMENT

Darabi's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2020